UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY ARRIAGA,
               Plaintiff,

v.

ANTHONY ANNUCCI, Acting Commissioner
for the New York State Department of
Corrections and Community Supervision;
MICHAEL CAPRA, Superintendent of Sing
Sing C.F., Official and Individual Capacity;
QUANDERA T. QUICK, Inmate Grievance
Program Supervisor, Official and Individual
Capacity; ELAINE VELEZ; and JOHN/JANE
DOES 1–3, in their official and individual
capacities,
               Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 1941 (VB)

      On June 20, 2023, plaintiff filed an amended complaint. (Doc. #17). On June 15, 2023, plaintiff filed a letter attaching a transfer order documenting his transfer from Sing Sing Correctional Facility dated August 5, 2022, which is deemed attached to the amended complaint. (Doc. #16). The amended complaint includes additional information regarding the complained-of conduct by the John and Jane Doe defendants in the amended complaint.

      Under Valentin v. Dinkins, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). Accordingly, by **July 14, 2023**, the New York State Attorney General is directed to ascertain the identity of each John or Jane Doe defendant and provide the address where each such defendant may be served.

      The time for all defendants to answer, move, or otherwise respond to the amended complaint remains August 31, 2023.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 23, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge