8/18/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY ARRIAGA,
            Plaintiff,

v.

ANTHONY ANNUCCI, Acting Commissioner
for the New York State Department of
Corrections and Community Supervision;
MICHAEL CAPRA, Superintendent of Sing
Sing C.F.; QUANDERA T. QUICK, Inmate
Grievance Program Supervisor; ELAINE
VELEZ, Deputy Spt. of Programs/Law Library
Administrator; and BENNY THORPE, Deputy
Supt. For Security; each in their official and
individual capacities,
            Defendants.
--------------------------------------------------------------x

**AMENDED ORDER OF SERVICE**

23 CV 1941 (VB)

      On August 17, 2023, the Attorney General filed a letter-motion seeking an extension of time for defendants Annucci, Capra, Velez, and Quick (the "Represented Defendants") to respond to the second amended complaint. (Doc. #32).

      In the letter-motion, the Attorney General notes that defendant Deputy Superintendent of Security Bennie T. Thorpe has not yet been served, and requests a three-month extension of time for the Represented Defendants to answer so that defendant Thorpe can be served and the Attorney General can determine whether representation of Thorpe is appropriate.

      The Represented Defendants' application is GRANTED. The time for all defendants to answer, move, or otherwise respond to the second amended complaint is November 15, 2023.

      The Clerk is instructed to fill out a U.S. Marshals Service Process Receipt and Return form for defendant Thorpe according to the address set forth below, and further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon defendant Thorpe:

Deputy Superintendent of Security Bennie T. Thorpe
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

The Clerk is instructed to terminate the letter-motion. (Doc. #32).

Dated: August 18, 2023
      White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge