UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY ARRIAGA,

          Plaintiff,

v.

ANTHONY ANNUCCI; MICHAEL CAPRA;
ELAINE VELEZ; and BENNY THORPE,

          Defendants.
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/24

**ORDER**

23 CV 1941 (VB)

     In a letter dated October 2, 2024, plaintiff notified the Court of a change of address, and requested a sixty-day extension of discovery deadlines and notified the Court of a purported "Bounds violation" relating to issues he is purportedly having accessing the law library, printing materials, and making copies at Green Haven Correctional Facility. (Doc. #75).[1] On October 10, 2024, defendants filed a letter stating they do not object to plaintiff's extension request and indicating they would re-mail discovery responses to plaintiff at his new address to avoid any additional delay. (Doc. #76).

     Accordingly, it is HEREBY ORDERED:

     Plaintiff's request for an extension of time is GRANTED. Discovery deadlines are extended as set forth in the Second Amended Civil Case Discovery Plan and Scheduling Order, which shall be separately docketed. The case management conference currently scheduled for January 21, 2024, at 9:30 a.m., is ADJOURNED to **April 1, 2025, at 9:30 a.m.** By December 2, 2024, defendants' counsel shall submit a letter on behalf of both parties regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

     The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

---

[1]     The Court understands plaintiff to be referring to Bounds v. Smith, 430 U.S. 8117 (1977) (requiring adequate law libraries or legal assistance in prisons). To the extent plaintiff requests relief beyond the extension of time for this purported violation, his request is DENIED.

Chambers will mail a copy of this Order, as well as the Second Amended Civil Case Discovery Plan and Scheduling Order, to plaintiff at the address on the docket.

Dated: October 10, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge