UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY ARRIAGA,
          Plaintiff,

v.

ANTHONY ANNUCCI; MICHAEL CAPRA;
ELAINE VELEZ; and BENNY THORPE,
          Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 1941 (VB)

    In a letter sent directly to Chambers dated November 6, 2024, and filed November 20, 2024, plaintiff indicated he was working with the City Bar Justice Center to obtain pro bono assistance in this matter, and requested a 60-day extension of the discovery deadlines, "with the exception of settlement." (Doc. #79). On November 22, 2024, defendants filed a letter indicating they did not object to plaintiff's request for an extension of the discovery deadlines. (Doc. #80). In addition, defendants indicated they were reaching out to plaintiff to arrange a call to discuss settlement and discovery issues. (Id.).

    Accordingly, it is HEREBY ORDERED:

    Plaintiff's request for an extension of discovery deadlines is GRANTED. Discovery deadlines are extended as set forth in the Third Amended Civil Case Discovery Plan and Scheduling Order, which shall be separately docketed. The case management conference currently scheduled for April 1, 2025, at 9:30 a.m., is ADJOURNED to **June 18, 2025, at 9:30 a.m.** By April 21, 2025, defendants' counsel shall submit a letter on behalf of both parties regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

    In addition, plaintiff is reminded to direct all future correspondence with the Court to the Pro Se Intake Unit at the following address:

    United States District Court
    Pro Se Intake Unit
    300 Quarropas Street
    White Plains, NY 10601

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order, as well as the Third Amended Civil Case Discovery Plan and Scheduling Order, to plaintiff at the address on the docket.

Dated: November 25, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge