Copies Mailed/Faxed 2/12/25
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANTHONY ARRIAGA,
               Plaintiff,

v.

ANTHONY ANNUCCI; MICHAEL CAPRA;
ELAINE VELEZ; and BENNY THORPE,
               Defendants.
------------------------------------------------------------x

**ORDER**

23 CV 1941 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/25

     In a letter dated February 5, 2025, plaintiff notified the Court that he had not received the Court's Order extending the discovery schedule and requested the Court send him a copy of the docket sheet in this matter.  (Doc. #83).

     On October 8, 2024, plaintiff advised the Court of his new mailing address at Green Haven Correctional Facility, P.O. Box 4000, Stormville, N.Y. 12582. (Doc. #75).  The Court has mailed all subsequent orders to that address.  However, the website for Green Haven Correctional Facility lists the address as 594 Rt. 216, Stormville, N.Y. 12582-0010.  The Court's staff called Green Haven Correctional Facility, which confirmed it does not use a P.O. Box and 594 Rt. 216 is the correct address.

     Accordingly, it is HEREBY ORDERED:

     The Clerk is directed to update plaintiff's address on the docket as follows:

     Anthony Arriaga
     06-A-0542
     Green Haven Correctional Facility
     594 Rt. 216
     Stormville, N.Y. 12582-0010

     Chambers will mail a copy of this Order and the docket sheet, as well as the Court's October 10, 2024, Order (Doc. #78), November 25, 2024, Order (Doc. #81), and the Third Amended Civil Case Discovery Plan and Scheduling Order (Doc. #82), to plaintiff at the above address.

Dated: February 12, 2025
      White Plains, NY

               SO ORDERED:


               _____
               Vincent L. Briccetti
               United States District Judge