UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY ARRIAGA,
             Plaintiff,

v.

ANTHONY ANNUCCI; MICHAEL CAPRA;
ELAINE VELEZ; and BENNY THORPE,
             Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 1941 (VB)

      The third amended civil case discovery plan and scheduling order requires defense counsel to submit a letter on behalf of both parties by April 21, 2025, regarding the status of their settlement discussions. (Doc. #82).

      Defense counsel has failed to comply with this deadline.

      By April 24, 2025, defense counsel is directed to file a letter regarding the status of the parties' settlement discussions.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 22, 2025
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge