Copies Mailed Faxed ☐ 7-24-25
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-25

------------------------------------------------------------x
ANTHONY ARRIAGA,
           Plaintiff,

v.

ANTHONY ANNUCCI; MICHAEL CAPRA;
ELAINE VELEZ; and BENNY THORPE,
           Defendants.

------------------------------------------------------------x

**ORDER**

23 CV 1941 (VB)

       In light of defense counsel's July 24, 2025, letter regarding the status of the parties' settlement discussions (Doc. #95), it is HEREBY ORDERED that defense counsel shall file a joint letter on behalf of all parties regarding the status of settlement, by **September 16, 2025**.

The next case management conference remains scheduled for September 30, 2025, at 9:30 a.m., to proceed by telephone:

       Dial-In Number: 914-292-4033

       Access Code: 911 110 884#

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 24, 2025
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge