Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY ARRIAGA,
                Plaintiff,

v.

ANTHONY ANNUCCI; MICHAEL CAPRA;
ELAINE VELEZ; and BENNY THORPE,
                Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 1941 (VB)

       On July 24, 2025, the Court ordered defense counsel to submit a joint letter on behalf of all parties regarding the status of settlement, by September 16, 2025. (Doc. #97). Defense counsel failed to comply with that Order.

       By **September 18, 2025**, defense counsel shall comply with the Court's July 24, 2025, Order.

       The next case management conference remains scheduled for September 30, 2025, at 9:30 a.m., to proceed by telephone:

Dial-In Number: 914-292-4033

Access Code: 911 110 884#

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 17, 2025
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge