UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANTHONY ARRIAGA,

     Plaintiff,

v.

ANTHONY ANNUCCI; MICHAEL CAPRA;
ELAINE VELEZ; and BENNY THORPE,

     Defendants.

------------------------------------------------------------x

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/25**

**ORDER**

23 CV 1941 (VB)

Copies Mailed/Faxed
Chambers of Vincent Briccetti

On December 2, 2025, in response to the Court's Order (Doc. #103), defense counsel filed a letter informing the Court of the parties' planned settlement discussions.  (Doc. #104).

Accordingly, it is HEREBY ORDERED:

- By **December 11, 2025**, defense counsel shall file a status update to the Court regarding the parties' settlement discussions.
- Defense counsel's December 9, 2025, deadline to file a premotion conference letter, if any, is now adjourned to **December 17, 2025**.
- In the event defense counsel files a premotion conference letter, plaintiff's December 23, 2025, deadline to respond is now adjourned to **December 30, 2025**.
- The next case management conference remains scheduled for **January 8, 2026, at 9:30 a.m.**, to proceed by telephone:

Dial-In Number:  914-292-4033

Access Code:  939 697 356#

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated:  December 3, 2025
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge