Copies Mailed/Faxed 2/11/26
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANTHONY ARRIAGA,                                    :
                          Plaintiff,                :
v.                                                  :     **ORDER**
                                                    :
ANTHONY ANNUCCI; MICHAEL CAPRA;                     :     23 CV 1941 (VB)
ELAINE VELEZ; and BENNY THORPE,                     :
                          Defendants.               :

------------------------------------------------------------x

A telephonic case management conference was scheduled to proceed today, February 11, 2026, at 9:30 a.m.  Mr. Arriaga was unable to attend today's conference due to communication issues with the Green Haven Correctional Facility where Mr. Arriaga is housed.

Accordingly, it is HEREBY ORDERED that the next case management conference is scheduled for February 19, 2026, at 9:30 a.m. to proceed by telephone:

Dial-In Number:  914-292-4033

Access Code:  939 697 356#

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated:  February 11, 2026
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge