Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

ANTHONY ARRIAGA,
                   Plaintiff,

v.

ANTHONY ANNUCCI; MICHAEL CAPRA;
ELAINE VELEZ; and BENNY THORPE,
                   Defendants.

-------------------------------------------------------x

**ORDER**

23 CV 1941 (VB)

As discussed at a conference held today and attended by plaintiff, who is proceeding pro se, and counsel for the defendants, it is HEREBY ORDERED that:

(i)     The next case management is scheduled for **May 6, 2026, at 11:00 a.m.**

      a.   If counsel has entered an appearance for plaintiff by that date, the conference shall take place in person, at the White Plains Courthouse, Courtroom 620.

      b.   If counsel has not yet entered an appearance for plaintiff, the conference shall proceed telephonically. In that case, it is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. Plaintiff and defense counsel shall use the following information to connect by phone:

          Dial-In Number: 914-292-4033
          Access Code: 454 844 768#

(ii)     Plaintiff is deemed to have made a motion to amend the complaint to add T. Little, Y. Cheverez, and M. Regisford, as defendants. However, given the search for plaintiff's counsel, the Court will not accept briefing related to this motion at this time.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated:  February 19, 2026
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge