USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ANTHONY ARRIAGA,                                          :
                                    Plaintiff,           :
                                                         :
v.                                                       :
                                                         :
ANTHONY ANNUCCI; MICHAEL CAPRA;                          :
ELAINE VELEZ; and BENNY THORPE,                          :
                                    Defendants.          :
                                                         :
----------------------------------------------------------x

**ORDER**

23 CV 1941 (VB)

Copy Mailed Faxed 4/30/26
Chambers of Vincent L. Briccetti

By Order dated February 20, 2026, the Court directed the Clerk of Court to seek pro bono counsel to enter an appearance in the above-captioned action for all purposes. (Doc. #116). The Court stated that if pro bono counsel had not entered an appearance before the case management conference scheduled for May 6, 2026, the Court would either conduct the conference telephonically or adjourn the conference. The Court has recently been advised by the Clerk of the Court that at least one attorney is willing to accept pro bono appointment in this case through trial, but the attorney will not be speaking to plaintiff until May 7, 2026. Accordingly, the May 6 case management conference is adjourned to **May 28, 2026, at 9:30 a.m.**

If counsel has entered an appearance for plaintiff by that date, the conference shall take place in person, at the White Plains Courthouse, Courtroom 620. If counsel has not yet entered an appearance for plaintiff, the conference shall proceed telephonically. In that case, it is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. Plaintiff and defense counsel shall use the following information to connect by phone:

Dial-In Number: 914-292-4033

Access Code: 454 844 768#

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 30, 2026
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge