UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ANTHONY ARRIAGA,

Plaintiff,

v.

ANTHONY ANNUCCI; MICHAEL CAPRA;
ELAINE VELEZ; and BENNY THORPE,

Defendants.

------------------------------------------------------------x

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/26**

**ORDER**

23 CV 1941 (VB)

Copies Mailed/Faxed 5/28/26
Chambers of Vincent L. Briccetti

A telephonic case management conference was scheduled to proceed today, May 28, 2026, at 9:30 a.m. The Court awaited plaintiff's appearance at the telephonic conference for forty-five minutes. Defense counsel was informed by Green Haven that there were security issues at Green Haven. Plaintiff was ultimately unable to appear for the conference.

Accordingly, it is HEREBY ORDERED that the next case management conference is scheduled for **June 17, 2026 at 9:30 a.m.**

If pro bono counsel has entered an appearance for plaintiff by that date, the conference shall take place in person, at the White Plains Courthouse, Courtroom 620. If counsel has not yet entered an appearance for plaintiff, the conference shall proceed telephonically. In that case, it is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. Plaintiff and defense counsel shall use the following information to connect by phone:

Dial-In Number: 914-292-4033

Access Code: 454 844 768#

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 28, 2026
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge