Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANTHONY ARRIAGA,                               :
                         Plaintiff,            :
                                               :
v.                                             :          **ORDER**
                                               :
ANTHONY ANNUCCI; MICHAEL CAPRA;                :          23 CV 1941 (VB)
ELAINE VELEZ; and BENNY THORPE,                :
                         Defendants.           :
                                               :
                                               :
-------------------------------------------------------------x

        The Court has recently been advised by the Clerk's office that the attorney willing to accept pro bono appointment in this case through trial is still in the process of formalizing representation with plaintiff.

        Accordingly, it is HEREBY ORDERED that the case management conference scheduled for June 17, 2026, at 9:30 a.m. is adjourned to **July 22, 2026, at 2:30 p.m.**

        If pro bono counsel has entered an appearance for plaintiff by that date, the conference shall take place in person, at the White Plains Courthouse, Courtroom 620. If counsel has not yet entered an appearance for plaintiff, the conference shall proceed telephonically. In that case, it is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. Plaintiff and defense counsel shall use the following information to connect by phone:

        Dial-In Number: 914-292-4033

        Access Code: 454 844 768#

        Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated:  June 16, 2026
        White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge