UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

ANTHONY ARRIAGA, :
Plaintiff, :

v. :

ANTHONY ANNUCCI; MICHAEL CAPRA; :
ELAINE VELEZ; and BENNY THORPE, :
Defendants. :

---------------------------------------------------------x

**ORDER**

23 CV 1941 (VB)

The Court held an on-the-record case management conference today at which plaintiff, who is proceeding pro se, and counsel for defendants, appeared telephonically. At the conference, the Court was informed that plaintiff signed and returned a retainer agreement to Kari Parks, Esq., at least a month ago in connection with her potential pro bono representation of him in this matter, although Ms. Parks has not received it. Plaintiff stated he retained a copy of the agreement and that he would promptly send a copy of the signed agreement to Ms. Parks again.

Accordingly, it is HEREBY ORDERED that a case management conference is scheduled for **September 17, 2026, at 2:30 p.m.**

If pro bono counsel has entered an appearance for plaintiff by that date, the conference shall take place in person, at the White Plains Courthouse, Courtroom 620. If counsel has not yet entered an appearance for plaintiff, the conference shall proceed telephonically. In that case, it is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. Plaintiff and defense counsel shall use the following information to connect by phone:

Dial-In Number: 646-453-4442

Access Code: 725 319 170#

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 22, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge