UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ANTHONY ARRIAGA,
Plaintiff,

v.

ANTHONY ANNUCCI; MICHAEL CAPRA; ELAINE VELEZ; and BENNY THORPE,
Defendants.

-----------------------------------------------------------x

**ORDER**

23 CV 1941 (VB)

As discussed at the conference today held on the record and attended by counsel for all parties, it is HEREBY ORDERED:

1. **By November 16, 2026**, plaintiff's counsel shall file a letter addressing (i) whether the parties have reached agreement on the remaining fact discovery and, if so, the terms of that agreement and the time needed to complete it; (b) whether plaintiff intends to file an amended complaint and, if so, whether the parties have reached an agreement on the amendment; (iii) for any issues on which the parties have not agreed, each party's position; and (iv) the status of settlement discussions.

2. The deadline to complete discovery is extended to **February 1, 2027**.

3. The next case management conference is scheduled for **February 17, 2027, at 10:00 a.m.**, to be held in person at the White Plains courthouse, Courtroom 620.

Dated: October 14, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge